DENNIS EBORKA,

        Plaintiff,

        Case No. 25-cv-1279-bhl

    v.

MEDICAL COLLEGE OF WISCONSIN,

        Defendant.

---

## ORDER

---

On September 17, 2026, the Court dismissed this lawsuit and entered judgment against *pro se* Plaintiff, Dennis Eborka.  (ECF Nos. 9 & 10.)  On January 23, 2026, the Court denied Eborka's motion for relief from judgment under Fed. R. Civ. P. 60(b), (ECF No. 17), and, on January 26, 2026, Eborka filed a notice of appeal, (ECF No. 18).  The Seventh Circuit has since affirmed the Court's order on the motion for relief from judgment and issued its mandate, returning jurisdiction to this Court.  (ECF No. 35); *see also Kusay v. United States*, 62 F.3d 192, 194 (7th Cir. 1995).  Although his case is closed and his appeal has been rejected, Eborka continues to file motions. (ECF Nos. 27, 33, & 37.)  Eborka's latest motions will be denied.  This case is closed.  If Eborka continues to make filings related to this case or the underlying actions, he risks being subject to sanctions, including a filing bar.  *See McCready v. eBay, Inc.*, 453 F.3d 882, 892 (7th Cir. 2006); *see also Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186–87 (7th Cir. 1995).

Accordingly,

**IT IS HEREBY ORDERED** that Eborka's Motion to Correct the Record, ECF No. 27, Motion for Relief, ECF No. 33, and Motion for Reconsideration, ECF No. 37, are **DENIED**.

Dated at Milwaukee, Wisconsin on July 1, 2026.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge